```
                                    UNITED STATES DISTRICT COURT
                                              FILED

                                          March 22, 2000

                                    EASTERN DISTRICT OF LOUISIANA
                                          Loretta G. Whyte
                                              Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-0155

## CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, APRIL 12, 2000, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN.  Failure to show good cause will result in dismissal for failure to prosecute.

**99-1168**    GERALD W. CARDARONELLA V FAB CON INC., ET AL
              As to Abdon Callais Offshore, L.L.C., etc.

**99-1534**    IN THE MATTER OF TE MARINE, INC., ETC.
**c/w**       (REF: 99-1710)
**99-1710**

**99-2311**    RENE MEJIA, JR. V MONITOR, LTD., ET AL
              As to Centrosim Management Company

**99-2616**    DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO., ET AL
              As to defendants Robert F. Morrwo, Shirley Thompson Morrow, Frederick J. Sigur and Marguerite Bradbury
              As to third-party defendants Louisiana Tire Centers, Inc. and Joe Conti Toyota, Inc.

**99-3928**    COLORODO RIVER COMMUNICATIONS, INC. V MCI WORLDCOM COMMUNICATIONS, INC.

```
__Fee_____
__Process_____
__Dktd    KAC
__CtRmDep_____
  Doc.No. 5
```

| | |
|---|---|
| 00-0020 | CARGILL FERROUS INTERNATIONAL V M/V DURMITOR, ETC., ET AL |
| 00-0098 | UNITED STATES OF AMERICA V DIANNA J. WILLIAMS |
| (00-0155) | HARTNEL HENRY, ETC., ET AL V JACK HOFFMAN, ET AL |
| 00-0181 | SUSAN NORTON V EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES |

*Kimberly A. County*
KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**