```
                                        UNITED STATES DISTRICT COURT
                                                  FILED

                                            April 17, 2000

                                        EASTERN DISTRICT OF LOUISIANA
                                              Loretta G. Whyte
                                                   Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA           00-0155

## CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, MAY 24, 2000, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN. Failure to show good cause will result in dismissal for failure to prosecute.

99-2348     CRAIG GLOVER V TIDEWATER, INC., ET AL
            As to Tidewater, Inc.

99-2677     DONNA LAIRD V M. M. JIMENEZ, ETC., ET AL
            As to M. M. Jimenez, I.Q. Data Systems, L.L.C. and Colvin Hayes (Original Complaint)
            As to Equifax Credit Information Services, Inc. (Third Party Complaint)

99-2957     GAYLEN E. SMITH V CITY OF GRETNA POLICE DEPARTMENT, ET AL
            As to Edward J. Tourelle

99-3023     CARGILL FERROUS INTERNATIONAL, ETC. V M/V MAJOR HUBAL, ETC., ET AL

99-3364     BARRY D. VINSON, ET AL V AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, ET AL

```
                                        __Fee_____
                                        __Process_____
                                        __Dktd___KAC___
                                        __CtRmDep_____
                                        __Doc.No._____
```

| | |
|---|---|
| 99-3461 | MARK EUGENE BLEAKLEY, ETC. V ANTHONY T. CANTILLO, ET AL<br>As to Antony T. Cantillo, Eric J. Poche, Jr. and Joseph Genovese, Jr. |
| 99-3635 | FRED E. WHITE, JR. V PHILIP TESEO |
| 99-3928 | COLORADO RIVER COMMUNICATIONS, INC.V MCI WORLDCOM COMMUNICATIONS, INC. |
| 00-0155 | HARTNEL HENRY, ETC., ET AL V JACK HOFFMAN, ET AL<br>As to the New Orleans Police Department |
| 00-0247 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL |
| 00-0342 | ELLIS MCCLELLAN V HOEGH LINES |

*Kimberly A. County*
KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**