```
                              UNITED STATES DISTRICT COURT
                                         FILED
                                     May 25, 2000
                              EASTERN DISTRICT OF LOUISIANA
                                     Loretta G. Whyte
                                          Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-155

## CALL DOCKET

The following cases were called this date to show cause why they should not be dismissed for failure to prosecute. After hearing, IT IS ORDERED that said cases be disposed of as indicated below:

**99-2348**   CRAIG GLOVER V TIDEWATER, INC., ET AL
As to Tidewater, Inc.
CASE NOT CALLED: MOTION TO DISMISS FILED.

**99-2677**   DONNA LAIRD V M. M. JIMENEZ, ETC., ET AL
As to M. M. Jimenez, I.Q. Data Systems, L.L.C. and Colvin Hayes (Original Complaint)
CASE CALLED: ANSWER FILED AS TO I.Q. DATA SYSTEMS, L.L.C. & ORDERED DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE AS TO M. M. JIMENEZ AND COLVIN HAYES
As to Equifax Credit Information Services, Inc. (Third Party Complaint)
CASE CALLED: MOTION FOR EXTENSION OF TIME TO ANSWER FILED BY EQUIFAX

**99-2957**   GAYLEN E. SMITH V CITY OF GRETNA POLICE DEPARTMENT, ET AL
As to Edward J. Tourelle
CASE CALLED: MOTION FOR ENTRY OF DEFAULT FILED.


DATE OF ENTRY
MAY 2 5 2000

__Fee_____
__Process_____
__Dktd____KAC___
__CtRmDep_____
Doc.No. 10

| | |
|---|---|
| 99-3023 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V MAJOR HUBAL, ETC., ET AL<br>CASE CALLED: ORDERED DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE. |
| 99-3364 | BARRY D. VINSON, ET AL V AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, ET AL<br>CASE NOT CALLED: PASSED FOR 1 WEEK. |
| 99-3461 | MARK EUGENE BLEAKLEY, ETC. V ANTHONY T. CANTILLO, ET AL<br>As to Antony T. Cantillo, Eric J. Poche, Jr. and Joseph Genovese, Jr.<br>CASE NOT CALLED: PASSED FOR 30 DAYS. |
| 99-3635 | FRED E. WHITE, JR. V PHILIP TESEO<br>CASE NOT CALLED: PASSED FOR 2 WEEKS. |
| 99-3928 | COLORADO RIVER COMMUNICATIONS, INC.V MCI WORLDCOM COMMUNICATIONS, INC.<br>CASE NOT CALLED: ANSWER FILED. |
| 00-0155 | HARTNEL HENRY, ETC., ET AL V JACK HOFFMAN, ET AL<br>As to the New Orleans Police Department<br>CASE NOT CALLED: ANSWER FILED. |
| 00-0247 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL<br>CASE NOT CALLED: PASSED FOR 60 DAYS. |
| 00-0342 | ELLIS MCCLELLAN V HOEGH LINES<br>CASE NOT CALLED: PASSED FOR 30 DAYS. |

New Orleans, Louisiana, this ___24th___ day of May 2000.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE