

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 JUL 26 AM 10:13
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
July 26, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARTNEL HENRY a/k/a SKY HIGH ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-155 |
| JACK HOFFMAN ET AL. | SECTION "C" (2) |

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to plaintiffs' Motion to Compel Defendants to Respond to Written Discovery, set for hearing on July 26, 2000 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED. Defendants are HEREBY ORDERED to respond to plaintiffs' discovery requests fully and in writing, in accordance

DATE OF ENTRY
JUL 2 6 2000

with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to plaintiff's counsel, within fourteen (14) days of entry of this order. All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived.

_____
for JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2