FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 25  AM 8:51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HARTNEL HENRY a/k/a SKY HIGH ET AL.    CIVIL ACTION

VERSUS                                  NO. 00-155

JACK HOFFMAN ET AL.                     SECTION "C" (2)

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **February 9, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

Counsel for all parties are instructed to submit their respective settlement position letters on or before **February 8, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this 24th day of January, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. GINGER BERRIGAN

DATE OF ENTRY
JAN 2 5 2001

Fee____
Process____
Cktd____
CtRmDep____
Doc.No.____