```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2001 FEB 23  PM 12:48

                              LORETTA G. WHYTE
                                    CLERK
```

**MINUTE ENTRY**
**BERRIGAN, J.**
**February 23, 2001**

| | |
|---|---|
| HARTNEL HENRY, a/k/a SKY HIGH, and ZIGGY MARLEY & THE MELODY MAKERS | CIVIL ACTION |
| versus | NO. 00-155 |
| JACK HOFFMAN, THE NEW ORLEANS DEPARTMENT OF POLICE, UNKNOWN POLICE OFFICERS, AND THE CITY OF NEW ORLEANS | SECTION "C"(2) |

On this date, the Court held a pre-trial conference with the parties. At that time, the Court agreed to CONTINUE the trial in this matter to allow for additional pre-trial preparation. A preliminary conference with the courtroom deputy shall be held on **Tuesday, March 13, 2001, at 10:45 a.m.**, at which time all relevant dates will be rescheduled.

*[signature]*

DATE OF ENTRY
FEB 23 2001

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep____
   Doc.No.__22__
```