```
                                            FILED
                                      U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                     2001 MAR 13  PM 2:53

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
BERRIGAN, J.
MARCH 13, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARTNEL HENRY, ETC., ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 00-0155 |
| JACK HOFFMAN, ET AL | SECTION: "C" 2 |

A preliminary conference was set for this date with the courtroom deputy.

PRESENT BY TELEPHONE:   Bradley Schlotterer      Joseph DiRosa, Jr.

Counsel for the plaintiff requested that this conference be continued; accordingly,

**IT IS ORDERED** that the above-referenced preliminary conference is hereby CONTINUED to be held on **Wednesday, March 21, 2001, at 10:30 a.m.** The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 13 2001

Fee_____
Process____
X Dktd_____
  CtRmDep___
  Doc.No. 23