```
                                           FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2001 MAY 30  AM 9:41

                                      LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZIGGY MARLEY & THE MELODY MAKERS,   *   CIVIL ACTION
ET AL

VERSUS                              *   No. 00-0155

JACK HOFFMAN, ET AL                 *   SECTION "C" (5)

### ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

    COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE

    BEEN SUBPOENAED, EVERY WITNESS MUST BE

    NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, May 30, 2001

                  HELEN G. BERRIGAN
                UNITED STATES DISTRICT JUDGE

```
DATE OF ENTRY
MAY 3 0 2001
```

```
____Fee_____
____Process__
 X  _Dktd____
 ✓  _CtRmDep_
    Doc.No.__25
```