



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 AUG 13 PM 3: 44
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARTNEL HENRY, a/k/a SKY HIGH, and ZIGGY MARLEY & THE MELODY MAKERS | CIVIL ACTION<br><br>NO. 00-0155 |
| VERSUS | JUDGE BERRIGAN |
| JACK HOFFMAN, THE NEW ORLEANS DEPARTMENT OF POLICE, UNKNOWN POLICE OFFICERS, AND THE CITY OF NEW ORLEANS | MAGISTRATE WILKINSON |

## JOINT MOTION AND ORDER OF DISMISSAL

**NOW INTO COURT** come plaintiffs, Hartnel Henry a/k/a Sky High, and Ziggy Marley & The Melody Makers, and defendants, Jack Hoffman and The City of New Orleans, appearing through undersigned counsel, and upon suggesting to the Court that the above entitled and numbered cause has been amicably compromised and the parties hereto desire dismissal of the complaint for damages, each with prejudice, each party to bear its own costs;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause is hereby dismissed with prejudice, each party to bear its own costs.

DATE OF ENTRY
AUG 14 2001

1

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
Doc.No. 26

New Orleans, Louisiana, this ___14___ day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
MICHAEL A. McGLONE, T.A. (#9318)
**ALAN H. GOODMAN (#6131)**
**BRADLEY J. SCHLOTTERER (#24211)**
Lemle & Kelleher, L.L.P.
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, LA 70130-6097
Telephone: (504) 586-1241
Facsimile: (504) 584-9142

ATTORNEYS FOR PLAINTIFFS, HARTNEL HENRY, A/K/A SKY HIGH AND ZIGGY MARLEY & THE MELODY MAKERS

_____
JOSEPH V. DIROSA, JR. (#4959)
Deputy City Attorney
**WADE KEE (#18973)**
Assistant City Attorney
1300 Perdido Street, Room 5E01
New Orleans, LA 70112
Telephone: (504) 565-6200

ATTORNEYS FOR DEFENDANTS, JACK HOFFMAN AND THE CITY OF NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and first-class postage prepaid, this 8th day of August, 2001.

_____
BRADLEY J. SCHLOTTERER